Order filed October 29, 2019



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00612-CV
_____

**ROY ROBERT SMITH III, D.B.A. FORT BEND BOAT STORAGE,**
**Appellant**

**V.**

**SHAWN COUSINS, INDIVIDUALLY, TRUSTEE SHAWN COUSINS, COUSINS FAMILY TRUST, AND SHAWN COUSINS 3C ENTERPRISES, Appellees**

---

**On Appeal from the County Court at Law #4**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-CCV-062363**

---

## ORDER

On September 19, 2019, this court issued an opinion dismissing this appeal. On October 3, 2019, appellant filed a motion for rehearing. The motion is **GRANTED**.

This court's opinion filed September 19, 2019 is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.**

The appellant's brief is due **December 2, 2019.**

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Wise and Hassan.